```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LAWRENCE KORCZYKOWSKI,  :  09 Civ. 09141 (RJH)

        Plaintiff,  :

   -against-  :  **ORDER**

COLGAN AIR, et al ,  :

        Defendants.  :

-----------------------------------------------------------x

A **pre-trial** conference shall be held on March 26, 2010 at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

**SO ORDERED:**
    Dated: New York, New York
    February 22, 2010

                            _____
                            Richard J. Holwell
                           United States District Judge